

**FILED**
Jan 21, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ROBERT EVERSOLE et al.,<br><br>　　　　　　　Defendant. | CASE NO. 1:20-CR-00241-DAD-BAM<br><br>ORDER TO UNSEAL INDICTMENT |

　　　Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the unredacted Indictment filed on December 10, 2020, be unsealed and become public record.

DATED: **Jan 21, 2021**

　　　　　　　　　　　　　　　　　　　　　_/s/ Stanley A. Boone_
　　　　　　　　　　　　　　　　　　　　　HON. STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE