AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br>ROBERT EVERSOLE,<br><br>*Defendant* | )<br>)  Case No.  1:20-CR-00241-DAD<br>)<br>)<br>) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 1/12/2022

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Peter Jones
*Printed name of defendant's attorney*

Dale A. Drozd    2/28/22
*Judge's signature*

Hon. Dale A. Drozd, U.S. District Judge
*Judge's printed name and title*